

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ronald Latham, Appellant

No. 06-21-00109-CV          v.

Chris Thompson, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 20C0991-005). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Ronald Latham, pay all costs incurred by reason of this appeal.

RENDERED JUNE 15, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk